FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2013 APR -3 AM 11: 2

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FRANKLIN L. WILLIAMS,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NOS. CV509-104
CR506-014

## O R D E R

Before the Court is Petitioner's Motion for Leave to Appeal In Forma Pauperis. (Doc. 81.) In this case, "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3); see Fed. R. App. P. 24(a)(3)(A). After careful consideration, the Court finds that this appeal is frivolous and not taken in good faith. Accordingly, Plaintiff's Motion for Leave to Appeal In Forma Pauperis is **DENIED**.

SO ORDERED this 3RD day of April 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA